Weinstein & Riley, P.S.
2001 Western Ave. #400
Seattle, WA 98121
Telephone: 206-269-3490

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS (SAN ANTONIO)

| | |
|---|---|
| In re:<br>Maria Hernandez<br>        Debtor.<br><br>SSN # XXX-XX-0697 | CHAPTER Chapter 13<br>CASE NO. 1452055<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM #6 |

TO: Attorney for the Debtor: Magdalena Gonzales
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Nationstar Mortgage, LLC, for account # **XXXXXX8977**, in the amount of $68,645.23 docketed by the court on **November 10, 2014**, claim number 6.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:  January 20, 2015

                                              Weinstein & Riley, P.S.

                                              /s/ Max Zaleski
                                              Max A. Zaleski, Bankruptcy Manager
                                              2001 Western Ave. #400
                                              Seattle, WA 98121
                                              Telephone: 206-269-3490
                   Representing:  Nationstar Mortgage, LLC